UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-cv-00480-FDW-DSC

| | |
|---|---|
| UNITED CANVAS & SLING, INC., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) ) ORDER AND NOTICE OF HEARING |
| HARTFORD CASUALTY INSURANCE COMPANY OF THE MIDWEST and SWIMMER INSURANCE AGENCY, INC., | ) ) ) ) |
| Defendants. | ) ) |

THIS MATTER is before the Court on Defendant Swimmer Insurance Agency, Inc.'s ("Defendant Swimmer") Motion to Dismiss for Failure to State a Claim (Doc. No. 22); Defendant Swimmer's Motion for Summary Judgment (Doc. No. 24); Defendant Hartford Insurance Company of the Midwest's ("Defendant Hartford") Motion to Quash Jury Demand (Doc. No. 28); Defendant Hartford's Motion for Judgment on the Pleadings (Doc. No. 31); and Defendant Hartford's Motion for Summary Judgment (Doc. No. 33).

To comply with the spirit of the rules governing word count limits in civil cases before the Honorable Judge Whitney, Misc. No. 3:07-MC-47 (Doc. No. 2), all briefs in support of Defendants' Motions for Summary Judgment (Doc. No. 24, 33), Defendant Swimmer's Motion to Dismiss (Doc. No. 22), and Defendant Hartford's Motion for Judgment on the Pleadings (Doc. No. 31) are striken summarily from the record. The Court directs each Defendant to re-file <u>one</u> brief addressing all arguments concerning their respective motions, with each brief complying with the Court's 4,500 word count limit, as set forth in the Court's Case Management Order (Doc. No. 15).

Additionally, Defendants must file these briefs with the court <u>no later than Wednesday, March 4, 2015</u>. Thereafter, Plaintiff must file its response to these motions with the Court <u>no later than Wednesday, March 11, 2015</u>. Any replies must be filed with the Court <u>no later than Wednesday, March 18, 2015</u>.

TAKE NOTICE that a hearing on all pending motions will be held on <u>April 8, 2015 at 9 a.m.</u> in Courtroom #1-1 of the Charles R. Jonas Federal Building, 401 West Trade Street, Charlotte, North Carolina, 28202. Oral arguments on all pending motions shall be limited to a total of 20 minutes per side, to be allocated among the parties and the motions as counsel so decide. The Court anticipates that presentation of evidence and argument on the motions shall take no more than one hour, and counsel should prepare accordingly.

IT IS SO ORDERED.

Signed: February 25, 2015

*Frank D. Whitney*
Frank D. Whitney
Chief United States District Judge